ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 9:05:20 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00037-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 9:05:20 AM
DEBBIE AUTREY
Clerk

MICHAEL D. LEE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLANT

V.

THE ROGERS AGENCY, C. MICHAEL ROGERS
and NEW YORK LIFE INSURANCE COMPANY.. . . . . . . . . . . . . APPELLEES

### APPELLANT'S MOTION TO EXTEND TIME
### FOR FILING REPLY BRIEFS

TO THE HONORABLE COURT OF APPEALS:

MICHAEL D. LEE, Appellant, files this motion requesting an extension of time to file his reply briefs to the brief of Appellees, The Rogers Agency and C. Michael Rogers, and to the brief of Appellee, New York Life Insurance Company, and would show unto the Court the following:

### I.

Appellant's reply to the brief of Appellees, The Rogers Agency and C. Michael Rogers, is due to be filed December 29, 2015.

Appellant's reply to the brief of Appellee, New York Life Insurance Company, is due to be filed January 6, 2016.

## II.

Due to other commitments counsel will be unable to complete research and finalize the reply briefs in this case by the due date. Those commitments include:

1.     Assisting in preparation of the Brief of Appellant in Burlington Resources Oil & Gas Company, LP v. Petromax Operating Company, Inc., Woodbine Acquisition, LLC n/k/a MD America Energy, LLC, Petrotexas, LLC, CH4 Energy II, LLC, and Texcal Energy South Texas, LP, No. 06-15-00044-CV in this Court;

2.     Preparation of Plaintiff's Original Petition and Request for Temporary Restraining Order and Injunction in OLMM Properties, LLC d/b/a The Magnolia vs. Shannon West and The Retreat at Kenwood, Inc., Cause No. 15-C1716-CCL in the County Court at Law of Bowie County, Texas; and

3.     The undersigned counsel plans to be out of town for the holidays from December 27, 2015 to January 2, 2016.

## III.

Further, the Appellees' briefs were filed on different dates and Appellant could file one reply brief.

## IV.

Therefore, Appellant would request an extension to January 15, 2016 in which to file his reply briefs. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant, MICHAEL D. LEE, prays that the time for filing his appellate brief be extended to January 15, 2016.

*Appellant's Motion to Extend Time for Filing Reply Briefs – Page 2*

Respectfully submitted,

_/s/ John R. Mercy_
John R. Mercy
Texas State Bar No. 13947200
MERCY ✷ CARTER ✷ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


James A. Holmes
Texas State Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, PC
212 South Marshall
Henderson, TX 75654
Telephone: (903) 657-2800
Facsimile: (903) 657-2855
Email: jh@JamesHolmesLaw.com

ATTORNEYS FOR APPELLANT


## CERTIFICATE OF CONFERENCE

I have contacted Andrew Jubinsky, Attorney for Appellee, New York Life Insurance Company, regarding the relief sought by this motion and he has no objection to the motion. I attempted to contact LaToyia Pierce, Attorney for Appellees, The Rogers Agency and C. Michael Rogers, but have been unable to reach her and, therefore, do not know her position.


_/s/ John R. Mercy_
John R. Mercy

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Appellant's Motion to Extend Time for Filing Reply Briefs* has been served via e-service on:

Ms. LaToyia Pierce
WILSON, ELSER, MOSKOWITZ,
   EDLEMAN & DICKER LLP
4800 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: latoyia.pierce@wilsonelser.com

Mr. Andrew Jubinsky
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: andy.jubinsky@figdav.com

this 28ᵗʰ day of December, 2015.

/s/ *John R. Mercy*
John R. Mercy
